UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-4346 CAS(Rzx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | COLORHOLIC ET. AL. V. POETRY COMPANY ET. AL. | | |

Present: The Honorable   CHRISTINA A. SNYDER

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants

James Beck                              Anna Novruzyan

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS COMPLAINT (Docket No. 11, filed August 23, 2012)

Plaintiffs filed this case in this Court on May 18, 2012 against defendant Poetry Company. Plaintiffs' complaint asserts claims for (1) copyright infringement, (2) false designation of origin, (3) unfair business practices, (4) declaratory relief, (5) accounting, and (6) unjust enrichment.

On August 23, 2012, defendant filed a motion to dismiss. On September 20, 2012, plaintiffs filed a notice stating that they did not oppose the motion to dismiss and requesting thirty days leave to amend their complaint.

Accordingly, the Court hereby GRANTS defendant's motion to dismiss plaintiffs' complaint. Plaintiffs shall have **thirty (30)** days to file an amended complaint.

IT IS SO ORDERED.

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |