UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4346 CAS (RZx) | Date | December 6, 2012 |
|---|---|---|---|
| Title | COLORHOLIC, INC. ET AL V. POETRY COMPANY ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:)** ORDER GRANTING LEAVE TO AMEND AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Docket # 19, filed November 8, 2012)

   Plaintiff filed the instant action in this Court on May 18, 2012, and filed a first amended complaint ("FAC") on October 25, 2012. The FAC asserts six claims for relief: (1) copyright infringement, (2) false designation of origin, (3) unfair business practices, (4) declaratory relief, (5) accounting, and (6) unjust enrichment.

   On November 8, 2012, defendant Poetry Company filed a motion to dismiss claims (2) – (6) asserted in the FAC. Plaintiff did not oppose the motion, but instead filed a second amended complaint ("SAC") that only asserted a single claim for copyright infringement. Plaintiff filed this complaint, however, without defendant's consent or leave of Court. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court now grants plaintiffs leave to file the SAC because this amendment would resolve defendant's motion to dismiss.

   The SAC is now the operative complaint in this case, and defendant's motion to dismiss is denied as moot.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |